June 6, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

HARVEST LIFE FOUNDATION, FKA OPERATION REACH COMMUNITY
DEVELOPMENT CORPORATION, Appellant

NO. 14-11-01038-CV                              V.

HARRIS COUNTY APPRAISAL DISTRICT, Appellee

_____

This cause, an appeal from the portion of the judgment, signed September 1, 2011, in favor of appellee, Harris County Appraisal District, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Harvest Life Foundation, fka Operation Reach Community Development Corporation, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.